## Johnson v. Davis.

(Decided April 21, 1925.)

### Appeal from Bell Circuit Court.

Bills and Notes—Allegation in Suit on Note Held Not to State a Cause of Action.—Allegation, in suit on note, of execution and delivery of note, without averment of promise to pay, held not to state a cause of action.

JAMES GILBERT for appellant.

E. N. INGRAM for appellee.

OPINION OF THE COURT BY JUDGE McCANDLESS— Granting appeal and reversing.

Plaintiff sued on an alleged promissory note for $375.00. The petition contained the usual declaration upon a promissory note, except it did not allege any promise upon the part of defendant to pay.

The court overruled a demurrer to the petition and gave judgment for the amount claimed. This was error; the allegation of the execution and delivery of the note without an averment of a promise to pay was a mere con-

clusion of law. It follows that no cause of action was stated. Huffaker v. National Bank of Monticello, 12 Bush 291; Davis v. Moxley, 19 Rep. 160; Bank of Anderson County v. Foster, 146 Ky. 179.

Wherefore, an appeal is granted, the judgment is reversed and cause remanded for proceedings consistent with this opinion.